No. 56713.—Roovers Bros., Inc. v. United States, protests 62282–K (S) and 62283–K (S) (New York).

Opinion by Cole, J.   It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Roovers Bros., Inc.* v. *United States* (23 Cust. Ct. 53, C. D. 1190).   The claim of the plaintiff was therefore sustained.